For the reasons stated herein, we reverse the order of the Superior Court.

Justice BALDWIN did not participate in the consideration or decision of this case.

Former Justice NEWMAN did not participate in the decision of this case.

Justices CASTILLE, SAYLOR, EAKIN and BAER join the opinion.

**George JONES, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 31, 2007.

**ORDER**

PER CURIAM.

**AND NOW,** this 31st day of May, 2007, the order of the Commonwealth Court is AFFIRMED.